# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA; et seq.**
**Plaintiff (Petitioner)**

v.

**PATRICK M. HART; et al.**
**Defendant (Respondent)**

CASE and/or DOCKET No.: 16-06470

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served PATRICK M. HART the above process on the 31 day of January, 2017, at 6:44 o'clock, PM, at 1212 DAY STREET PHILADELPHIA, PA 19125, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age <u>51-55</u>   Height <u>5'7</u>   Weight <u>170</u>   Race <u>WHITE</u>   Sex <u>MALE</u>   Hair <u>BROWN</u>
Military Status: ☑ No   ☐ Yes   Branch: _____

Commonwealth/State of  *Pa*                )
                                            ) SS:
County of  *Berks*                          )

Before me, the undersigned notary public, this day, personally, appeared _____D'wayne Henriksson_____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158111
Case ID #: 4802294

Subscribed and sworn to before me
this  *2*  day of  *Feb* , 20 *17* .

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017