UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　Plaintiff<br>v.<br>PATRICK M. HART<br>　　　　　　　Defendant | Civil Action No: 16-06470 |

**FILED**
MAY 21 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

ORDER TO DISCONTINUE AND END

AND NOW, this 21st day of May, 2019, upon Plaintiff's motion to discontinue, it is ORDERED that the above captioned matter shall be marked discontinued and ended and the Judgment entered on February 24, 2017 shall be satisfied.

This matter may be marked closed for statistical purposes.

By the Court

*Cynthia M. Rufe,* J.

ENT'D MAY 21 2019